GEORGE I. SKINNER, as Superintendent of Banks, v. ALICE M. PHIPPS, as Executrix and Trustee, etc., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

GEORGE I. SKINNER, as Superintendent of Banks, v. PHŒNIX INSURANCE COMPANY and Others, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

GEORGE I. SKINNER, as Superintendent of Banks, v. GEORGE T. ROGERS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

GEORGE I. SKINNER, as Superintendent of Banks, v. ANNIE N. ALEXANDER, as Executrix, etc., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

OLIVER J. WELLS v. SOUTHERN RAILWAY COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LOUIS B. REEDER v. WILLIAM W. FERGUSON, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

METAL SHELTER COMPANY, INC., v. WILLIAM I. T. FOSDICK, Impleaded, etc.— Motion denied, without costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

WILLIAM A. BRADY v. ABRAHAM L. ERLANGER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

LOUIS SCHWARTZREICH v. BAUMAN-BASCH, INC.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

CALIFORNIA PACKING CORPORATION v. KELLY STORAGE AND DISTRIBUTING COMPANY and Others.— Motion granted; questions certified. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

SAMUEL EISEMAN & COMPANY, INC., v. JULIUS G. KUGELMAN and Others. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

MARY KENNEDY v. SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MEXICAN TELEGRAPH COMPANY v. STATE TAX COMMISSION and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

ELIZABETH L. HUGHES v. SARAH E. TECHT.— Motion granted. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.

THE CITY OF NEW YORK v. HUDSON AND MANHATTAN RAILROAD COMPANY. — Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Page, Merrell and Philbin, JJ.